JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RAYMOND MARTINEZ, <br><br> Petitioner, <br><br> v. <br><br> SECRETARY OF CORRECTIONS, <br><br> Respondent. | Case No. CV 17-4646-DMG (KK) <br><br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

DATED: December 28, 2018

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE